**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Jack R. Finnegan**, | Case No. SACV 17-01129 AG (JDEx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JPMorgan Chase Bank; and Jayme L. Bowman**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated August 21, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT